Gary J. Susak, OSB #722586
Susak & Powell, P.C.
1515 S.W. Fifth Avenue, Suite 1020
Portland, Oregon   97201
(503) 227-6722
(503) 222-5405 (fax)
susak@susakandpowell.com
        Attorneys for Plaintiff

Mr. Stephen C. Voorhees, OSB #794311
svoorhees@kilmerlaw.com
Kurt C. Peterson, OSB #980065
kpeterson@kilmerlaw.com
Kilmer, Voorhees & Laurick, P.C.
Attorneys at Law
732 N.W. 19th Avenue
Portland, Oregon   97209
(503) 224-0055
(503) 222-5290 (fax)
        Of Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| JAMES GIBSON and LAURIE GIBSON, husband and wife, | Case No.  3:11-cv-01132-SI |
| Plaintiffs, | |
| v. | FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER |
| OWYHEE PRODUCE, LLC, an Oregon limited liability corporation, | |
| Defendant. | |

THIS MATTER comes before the court based upon defendant's motion

for summary judgment striking plaintiffs' First Claim for Relief (violation of Employer's

**1 - FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER**

Liability Law) on the ground and for the reason that no issue of fact exists, the court

having reviewed the records and files herein and the briefs of the parties, having

heard the arguments of the parties, and being fully advised in the premises, makes

the following

## FINDINGS OF FACT

There is no fact issue presented in plaintiffs' First Claim for Relief

(violation of the Employer's Liability Law);

## CONCLUSIONS OF LAW

There is no just reason that exists for delay in the entry of a final

judgment in favor of the defendant and against the plaintiffs on plaintiffs' First Claim

for Relief only, *for the reasons stated in the Court's opinion and Order (Dkt. No. 29).*

NOW, THEREFORE,

IT IS HEREBY ORDERED that defendant's motion for summary

judgment against plaintiffs' First Claim for Relief (violation of Oregon's Employer

Liability Law) only is hereby allowed.

IT IS FURTHER ORDERED that the case shall be stayed pending

plaintiffs' right to appeal pursuant to the court's findings herein and Federal Rule of

Civil Procedure 54B.

DATED this 29 day of October, 2012.

_____
The Honorable Michael H. Simon

**2 - FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER**

Presented by:
Gary J. Susak, OSB # 722586
Attorney for Plaintiffs

**3 - FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER**